```
1  Tevis T. Thompson, Jr.                                    FILED
   Chapter 7 Bankruptcy Trustee
2  P.O. Box 1110                                            SEP 16 2011
   Martinez, CA 94553
3  Telephone: (925) 228-0120                          UNITED STATES BANKRUPTCY COURT
   Facsimile: (925) 228-0526                                SAN FRANCISCO, CA
4  E-Mail: Tevist@sbcglobal.net
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

DBIT, INC.,
                Chapter 7
                Case No. 10-45226 E7

      Debtor.
_____/

### NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of the Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case herby turns over to the court, unclaimed dividends in the amount of $301.06. The Name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 42 | Ann Rodriguez<br>3085 Staples Ranch Drive<br>Pleasanton, CA 94588-2941 | $100.00 | $100.00 |
| 57 | Christine Wright<br>3637 Kamp Drive<br>Pleasanton, CA 94588 | $13.00 | $13.00 |
| 27 | Doug & Michelle Anderson<br>5074 Lynbrook Court<br>Pleasanton, CA 94588 | $320.00 | $79.18 |
| 35 | Renee Hassna<br>1537 Tamarisk Lane<br>Tracy, CA 95377 | $50.00 | $12.38 |
| 36 | Renee Hassna<br>1537 Tamarisk Lane<br>Tracy, CA 95377 | $100.00 | $24.74 |

-1-

| | | | | |
|---|---|---|---|---|
| 37 | Renee Hassna<br>1537 Tamarisk Lane<br>Tracy, CA 95377 | | $60.00 | $14.85 |
| 80 | Michelle Altomare<br>3050 Ascot Drive<br>San Ramon, CA 94583. | | $90.00 | $22.27 |
| 95 | Janine Pool<br>1752 Tanglewood Way<br>Pleasanton, CA 94566 | | $175.00 | $34.64 |
| | Total Dividend Amount | | | $301.06 |

Dated: September 12, 2011

_____
Tevis T. Thompson, Jr.
Chapter 7 Trustee